## Commonwealth *v.* Smith, Appellant.

Submitted March 11, 1974. *Thomas C. Zerbe, Jr.,* Assistant Public Defender, for appellant; *Wallace B. Eldridge,* Assistant District Attorney, *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stanton, Appellant.

Submitted March 22, 1974. *Calvin S. Drayer, Jr.,* and *Paul A. Prince,* Assistant Public Defenders, for appellant; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.